# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| STEPHEN TALBERT, | ) | |
| Movant, | ) ) ) | |
| v. | ) | No. 4:16CV139 ERW |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Stephen Talbert filed a motion in the underlying criminal case, *United States v. Talbert*, 4:14CR197 ERW, seeking a court order directing defense counsel to send the case file to him. The Clerk construed the motion as a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. This was an error, and the Court will administratively terminate this case. *See Morales v. United States*, 304 F.3d 764, 765 (8th Cir. 2002) (before a district court reclassifies a pro se litigant's pleading as a motion to vacate, it must first warn the litigant of the restrictions on second or successive motions, and of the one-year limitations period for motions to vacate, and must provide the litigant an opportunity either to consent to the reclassification or to withdraw his motion).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **ADMINISTRATIVELY TERMINATED**. This dismissal is **without prejudice** to filing a timely motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255.

**IT IS FURTHER ORDERED** that the Clerk is directed to file the motion [ECF No. 1] in the underlying criminal case as a motion to compel defense counsel to forward the case file to defendant.

So Ordered this 8th day of February, 2016.

_E. Richard Webber_
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE